1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID A. PETERSEN
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-mj-00121-EFB |
| Plaintiff, | ORDER VACATING BENCH TRIAL AND SETTING CHANGE OF PLEA |
| v. | Date: June 26, 2012 |
| VALERIE PANTOJA, | Time: 10:00 a.m. |
| | Judge: Hon. Edmund F. Brennan |
| Defendant. | |

It is hereby ordered that the bench trial set for June 26, 2012, is vacated and a change of plea is set for July 30, 2012, at 2:00 p.m.

IT IS SO ORDERED.

Dated: June 25, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE