BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALERIE PANTOJA,<br><br>　　　　Defendant. | 2:12-mj-00121-EFB<br><br>**ORDER TO SHOW CAUSE AND ORDER TO ISSUE JUDICIAL SUMMONS RE: PROBATION REVOCATION** |

It is Hereby Ordered that the defendant appear on July 22, 2013, at 10:00 a.m. to show cause why the probation granted on July 30, 2012, should not be revoked for the defendant's failure to satisfy her court-ordered community service obligation. The Clerk's Office shall issue a summons directing the defendant to appear on July 22, 2013, at 10:00 a.m. in Courtroom No. 8.

IT IS SO ORDERED.

Dated: July 3, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE