```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRIS CHANG
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:12-mj-00121-EFB
                                 )
12        Plaintiff,             )   [PROPOSED] ORDER VACATING
                                 )   PROBATION REVOCATION HEARING
13     v.                        )   AND EXTENDING DEFENDANT'S
                                 )   TERM OF COURT PROBATION
14  VALERIE PANTOJA,             )
                                 )   DATE: July 29, 2013
15                               )   TIME: 10:00 a.m.
          Defendant.             )   JUDGE: Hon. Edmund F. Brennan
16  _____)
```

17     It is hereby ordered that the probation revocation hearing
18  scheduled for July 29, 2013 at 10:00 a.m. be vacated.  It is
19  further ordered that Defendant's term of court probation,
20  scheduled to terminate on July 30, 2013, be extended for a period
21  of six weeks, and be set to terminate on September 10, 2013.
22     IT IS SO ORDERED.
23  Dated: July 29, 2013.
24                              _____
                                EDMUND F. BRENNAN
25                              UNITED STATES MAGISTRATE JUDGE